1152

No. 01–7580.  OAKMAN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–7583.  WARNER v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 01–7584.  VENEGAS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–7585.  WEAVER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 01–7586.  DEL TORO, AKA FERNANDEZ v. UNITED STATES. C. A. 11th Cir.  Certiorari denied.

No. 01–7587.  WAYT v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01–7592.  DAVIS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–7594.  CORDERO v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–7599.  MORRIS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–7601.  THOMAS v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 01–7604.  SON VAN LY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 01–7605.  MARSCHINKE v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–7607.  MALDONADO v. ANDREWS.  C. A. 7th Cir.  Certiorari denied.

No. 01–7608.  JOHNSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–7611.  DURAN-LARA v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–7615.  LIEFERT v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.